**Order entered July 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00274-CV**

**MUHAMMAD ASIM SHAMIM AND HAFSA ASIM, Appellants**

**V.**

**CANTERA OWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-06638-2019**

**ORDER**

Before the Court is appellants' July 19, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to Monday, **August 23, 2021**.

/s/    KEN MOLBERG
         JUSTICE